[No. 55034-9-I. Division One. June 11, 2007.]

LAUREN KIM ET AL., *Appellants*, v. MILTON R. WALTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-27111-0, Jeffrey M. Ramsdell, J., entered September 10, 2004. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Coleman and Becker, JJ.

[No. 56509-5-I. Division One. June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS PANET, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01542-6, Ira Uhrig, J., entered June 15, 2005. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Baker, J.

[No. 56578-8-I. Division One. June 11, 2007.]

DONNA J. MERRIGAN ET AL., *Respondents*, v. DAVID PRITCHARD ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-06330-1, Ronald L. Castleberry, J., entered June 22, 2005. *Reversed* by unpublished per curiam opinion.

[No. 56756-0-I. Division One. June 11, 2007.]

VIVIAN MCDONALD ET AL., *Appellants*, v. HARRY PROPERTIES, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-05477-0, Linda C. Krese, J., entered July 19, 2005. *Affirmed* by unpublished per curiam opinion.